# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Circuit Mediation Office
### Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 14-17318

District Court/Agency Case Number(s): 3:13-CV-01842-JST

District Court/Agency Location:

Case Name: Dionne Choyce v. SF Bay Area Independent Media, et al

If District Court, docket entry number(s) of order(s) appealed from: #72

Name of party/parties submitting this form: Dionne Choyce

## Please briefly describe the dispute that gave rise to this lawsuit.

Appellant brought the action based upon the misuse and infringement of his copyrighted portrait and its association with defamatory material on web pages over which Defendants had control.

## Briefly describe the result below and the main issues on appeal.

On motions to dismiss, the District Court dismissed the copyright cause of action and declined to exercise supplemental jurisdiction over state law claims, dismissing them. The Court awarded attorneys fees to Appellees holding that the copyright claims did not have a reasonable basis.

## Describe any proceedings remaining below or any related proceedings in other tribunals.

None. Plaintiff's state law claims have not yet been re-filed.

Provide any other thoughts you would like to bring to the attention of the mediator.

Appellant would be prepared to engage in mediation; including a global release of all claims.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | s/ Dow W. Patten |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | Appellant Raul Bonillas |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

**SERVICE LIST**

FOR PLAINTIFF/ APPELLANT

**SMITH PATTEN**
SPENCER F. SMITH
spencer@smithpatten.com
DOW W. PATTEN
dow@smithpatten.com
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone: (415) 402-0084
Facsimile: (415) 520-0104

FOR DEFENDANT/ APPELLEE

**CASAS RILEY & SIMONIAN LLP**
DAN CASAS
dcasas@legalteam.com
ANTHONY F. BASILE
abasile@legalteam.com
One Front Street, Suite 2
Los Altos, CA 94022
Telephone: (650) 948-7200
Facsimile: (650) 948-7220

**BRYAN CAVE LLP**
ROGER MYERS
roger.myers@bryancave.com
LEILA C. KNOX
leila.knox@bryancave.com
JESSICA MAR
jessica.mar@bryancave.com
560 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434