UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 14-17318 |
| District Court/Agency Case Number(s): | 3:13-cv-01842-jst |
| District Court/Agency Location: | Northern District of California |
| Case Name: | Choyce  v.  SF Bay Area Independent Media, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 72 |
| Name of party/parties submitting this form: | Layer42.Net, Inc. |

Please briefly describe the dispute that gave rise to this lawsuit.

Defendant Layer42 provides datacenter, colocation, and related services to commercial customers.

Plaintiff/Appellant Choyce asserted a cause of action for copyright infringement against all defendants, as well as California state law claims for defamation and libel.

Briefly describe the result below and the main issues on appeal.

The Honorable Jon S. Tigar granted Layer42's Motion To Dismiss with leave to amend the federal copyright claim. Plaintiff filed a First Amended Complaint (FAC) reasserting the copyright infringement claim without substantive revision. Defendants Layer42 and SF Bay Area Independent Media Center filed separate motions to dismiss, granted by the Court on June 2, 2014. On defendants' motions for awards of fees and costs pursuant to 17 USC 505, the Court found defendants to be prevailing parties and awarded attorney fees and costs.

Describe any proceedings remaining below or any related proceedings in other tribunals.

None to Layer42's knowledge.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

**CERTIFICATION OF COUNSEL**

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Daniel L. Casas, Esq.

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Layer42.Net, Inc.

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 2nd day of December, 2014. I declare under penalty of perjury that the foregoing is true and correct.

*Attorneys for Appellant Dionne Choyce*

Dow W. Patten, Esq.
Spencer F. Smith, Esq.
SMITH PATTEN
355 Sacramento St., Suite 1120
San Francisco, CA 94111
Phone: 415-402-0084
Fax: 415-520-0104
dow@smithpatten.com
spencer@smithpatten.com

*Attorney for Appellee SF Bay Area Independent Media Center*

Leila Christine Knox
Roger Rex Myers
Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Phone: 415-675-3400
Fax: 415-675-3434
Email: leila.knox@bryancave.com
roger.myers@bryancave.com

*Attorney for Appellee, Layer 42.Net, Inc.*

Daniel L. Casas
Anthony F. Basile
CASAS RILEY SIMONIAN LLP
55 North 3rd Street
Campbell, CA 95008
Phone: (650) 948-7200
Fax: (650) 948-7220
dcasas@legalteam.com
abasile@legalteam.com

Dated: December 2, 2014

                                            /s/ Nicole Svoboda