FILED

UNITED STATES COURT OF APPEALS

JAN 22 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al.,<br><br>　　　　Defendants - Appellees. | No. 14-17318<br><br>D.C. No. 3:13-cv-01842-JST<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

The court will initiate a further conference, with counsel for appellant only, by telephone on March 3, 2015, at 2:00 p.m. **Pacific Time**.

The court will initiate a further conference with: (1) counsel for appellee SF Bay Area Independent Media Center on March 3, 2015, at 2:30 p.m. Pacific (San Francisco) Time; and (2) counsel for Layer42.Net, Inc., on March 3, 2015 at 3:00 p.m. Pacific Time.

RGA/Mediation

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before May 4, 2015; appellees shall file an answering brief on or before June 3, 2015; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

                                                FOR THE COURT

                                                By: Roxane G. Ashe
                                                Circuit Mediator

r

RGA/Mediation