FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al.,<br><br>        Defendants - Appellees. | No. 14-17318<br><br>D.C. No. 3:13-cv-01842-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |

    The court will initiate a further conference by telephone on March 17, 2015, at 11:00 a.m. **Pacific Time**.

    The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before April 16, 2015; appellees shall file an answering brief on or before May 18, 2015; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

                              FOR THE COURT

                              By: Roxane G. Ashe
                              Circuit Mediator

RGA/Mediation