UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al.,<br><br>        Defendants - Appellees. | No. 14-17318<br><br>D.C. No. 3:13-cv-01842-JST<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

      Due to a conflict that has arisen for the Circuit Mediator, the conference originally scheduled for April 15, 2015, is rescheduled to April 21, 2015, at 3:30 p.m. **Pacific Time.**

FOR THE COURT:

vs/mediation

Roxane Ashe
Circuit Mediator