UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual, | No. 14-17318 |
| Plaintiff - Appellant, | D.C. No. 3:13-cv-01842-JST |
| v. | U.S. District Court for Northern California, San Francisco |
| SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al., | **ORDER** |
| Defendants - Appellees. | |

The conference originally scheduled for April 21, 2015, is rescheduled to

May 7, 2015, at 10:00 a.m. **Pacific Time.**

FOR THE COURT:

Roxane Ashe

vs/mediation                                   Circuit Mediator