UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 07 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al.,<br><br>　　　　　Defendants - Appellees. | No. 14-17318<br><br>D.C. No. 3:13-cv-01842-JST<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

　　　The court will initiate a further conference by telephone on May 26, 2015, at 3:00 p.m. **Pacific Time.**

　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　Roxane Ashe
vs/mediation　　　　　　　　　　　　Circuit Mediator