UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual, | No. 14-17318 |
| Plaintiff - Appellant, | |
| v. | D.C. No. 3:13-cv-01842-JST<br>U.S. District Court for Northern California, San Francisco |
| SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al., | **ORDER** |
| Defendants - Appellees. | |

Due to a conflict that has arisen for the Circuit Mediator, the conference originally scheduled for May 26, 2015, is rescheduled to May 27, 2015, at 2:30 p.m. **Pacific Time.**

FOR THE COURT:

Roxane Ashe
Circuit Mediator

vs/mediation