FILED

UNITED STATES COURT OF APPEALS

JUN 01 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIONNE CHOYCE, an individual, | No. 14-17318 |
| Plaintiff - Appellant, | D.C. No. 3:13-cv-01842-JST |
| v. | Northern District of California, San Francisco |
| SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al., | ORDER |
| Defendants - Appellees. | |

The briefing schedule previously set by the court is amended as follows:

appellant shall file an opening brief on or before July 1, 2015; appellees shall file

an answering brief on or before July 31, 2015; appellants may file an optional reply

brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation