UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DIONNE CHOYCE, an individual,

        Plaintiff - Appellant,

 v.

SF BAY AREA INDEPENDENT MEDIA CENTER, an unincorporated association, AKA IMC, SF Bay Area, AKA SF Bay Area IMC; et al.,

        Defendants - Appellees.

No. 14-17318

D.C. No. 3:13-cv-01842-JST
U.S. District Court for Northern California, San Francisco

**ORDER**

This case is not selected for inclusion in the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

                                    FOR THE COURT:

                                    Roxane Ashe

vs/mediation                         Circuit Mediator