UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DIONNE CHOYCE, an individual,

         Plaintiff - Appellant,

  v.

SF BAY AREA INDEPENDENT
MEDIA CENTER, an unincorporated
association, AKA IMC, SF Bay Area,
AKA SF Bay Area IMC; et al.,

         Defendants - Appellees.

No. 14-17318

D.C. No. 3:13-cv-01842-JST
U.S. District Court for Northern
California, San Francisco

**ORDER**

The answering brief submitted by SF Bay Area Independent Media Center
on September 30, 2015 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in
paper format, with a red cover, accompanied by certification (attached to the end of
each copy of the brief) that the brief is identical to the version submitted
electronically. A sample certificate is available on the Court's website,
www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created
from the word processing application, not from PACER or Appellate ECF.

The Court has reviewed the supplemental excerpts of record submitted on
September 30, 2015. Within 7 days of this order, appellee is ordered to file 4

copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk