

BRYAN CAVE LLP  560 Mission Street, 25th Floor, San Francisco, CA 94105-2994
T: 415 675 3400  F: 415 675 3434  bryancave.com

June 30, 2016

Leila C. Knox
Direct: (415) 268-1949
Fax: (415) 430-4349
leila.knox@bryancave.com

**VIA CM/ECF FILING**

Molly Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:     *Dionne Choyce v. SF Bay Area Independent Media Ctr., et al,* Case No. 14-17318

Dear Ms. Dwyer:

Pursuant to FRAP 28(j), Appellee SF Bay Area Independent Media Center supplements its answering brief in the above-captioned case as follows:

*Kirtsaeng v. John Wiley & Sons, Inc.*, 136 S.Ct. 1979 (June 16, 2016) (in determining whether to award attorney's fees in copyright case, objective reasonableness is to be given substantial weight, but other relevant factors must also be taken into consideration).

This case supplements Appellee's brief at page 14, first paragraph, because it provides further guidance to lower courts in considering the "'several nonexclusive factors' to inform a court's fee-shifting decisions: 'frivolousness, motivation, objective unreasonableness[,] and the need in particular circumstances to advance considerations of compensation and deterrence.'" *Id.* at 1985 (quoting *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 534, n. 19 (1994)). In *Kirtsaeng*, the Supreme Court confirmed that "objective reasonableness carries significant weight," but that the other relevant factors must also be considered, and "courts must view all the circumstances of a case on their own terms, in light of the Copyright Act's essential goals." *Id.* at 1989.

We would appreciate it if you could please bring this supplemental citation to the panel's attention.

Sincerely,

Leila C. Knox

LCK:ksf

281832.2